**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7814**

───────────

UNITED STATES OF AMERICA,

                        Plaintiff - Appellee,

     versus

KEITH E. BRYANT,

                        Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CR-95-202-CCB, CA-01-1161-CCB)

───────────

Submitted: April 30, 2003          Decided: May 19, 2003

───────────

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Keith E. Bryant, Appellant Pro Se. James G. Warwick, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Bryant seeks to appeal the district court's orders denying his 28 U.S.C. § 2255 (2000) motion and denying his motion for a new trial under Fed. R. Civ. P. 59(e). An appeal may not be taken from the final order in a motion under § 2255 unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). We have independently reviewed the record and conclude Bryant has not made the requisite showing. See Miller-El v. Cockrell, ____ U.S. ____, 123 S. Ct. 1029 (2003). Accordingly, we deny Bryant's motion for appointment of counsel and an investigator, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2